**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**TIMOTHY ALLEN**                                                                                   **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 2:19-cv-30-KS-MTP**

**LYONS & FARRAR, P.A.,** *et al.*                                                        **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on Defendant Vaksman Law Office's Unopposed Motion to Stay Discovery [116]. On November 25, 2019, the Court denied several of Defendant's motions. Order [90]. Defendant then appealed on December 23, 2019. Notice [96]. On January 29, 2020, the Court administratively closed the case, pending a decision from the Fifth Circuit on Vacksman's appeal.

On March 12, 2020, Plaintiff served interrogatories and requests for production on Defendant. *See* [112], [113], [114]. Defendant requests that discovery be stayed until a decision is reached on appeal. The Court finds that the Motion [116] should be granted as the case remains administratively closed.

IT IS, THEREFORE, ORDERED that Defendant Vaksman Law Office's Unopposed Motion to Stay Discovery [116] is GRANTED. The Court will reset the case deadlines as necessary, including deadlines to respond to pending discovery, after the appeal is decided and the case re-opened. No party is obligated to respond to any discovery requests at this time.

SO ORDERED, this the 16th day of April, 2020.

                                                                s/Michael T. Parker
                                                                United States Magistrate Judge